UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
402 E. STATE STREET
TRENTON, NJ 08608

## MEMORANDUM

TO: Sharon Avale

FROM:    James J. Waldron, Clerk

RE:    Debtor: Carl Ragasta
Case Number 10-15751

DATE: 4/16/10

    This will acknowledge receipt of your letter indicating that you wish to object to the discharge of the above-named debtor (or to the dischargeability of debt).

    This is to advise you that a formal objection to either the discharge of debtor or the dischareability of a particular debt requires the filing of an adversary proceeding pursuant to Bankruptcy Rule 7001, et seq.

    Your letter-objection has been file stamped and should be returned with complaint to preserve file date.

Deputy Clerk